**UNITED STATES of America, Plaintiff—Appellee,**

v.

**Troy ROLLE, Defendant—Appellant.**

**No. 05–6149.**

United States Court of Appeals, Fourth Circuit.

Submitted: April 28, 2005.

Decided: May 6, 2005.

Troy Rolle, Appellant pro se.

Harold Watson Gowdy, III, Office of the United States Attorney, Greenville, South Carolina, for Appellee.

Before WILLIAMS, KING, and DUNCAN, Circuit Judges.

Affirmed by unpublished per curiam opinion.

Unpublished opinions are not binding precedent in this circuit. See Local Rule 36(c).

PER CURIAM:

Troy Rolle appeals the district court's orders denying his motion to reduce his sentence under 18 U.S.C. § 3582(c)(2) (West 2000 & Supp.2004) and his motion to reconsider. We have reviewed the record and find no reversible error. *See United States v. Rolle,* No. CR–97–608 (D.S.C. Jan. 6, 2005). Accordingly, we affirm. We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

*AFFIRMED*